UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TIMBER BAY, INC.,

Plaintiff,

v.

KEITH D. AND KAREN KERSTEN,

Defendants.

Court File No. 00-2315 RHK/RLE

---

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

---

Timber Bay, Inc. and Keith D. and Karen Kersten, by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above-entitled action with prejudice, with each party to bear its own costs.

Dated: May 11, 2001

Dean R. Karau (#225186)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 347-7098/7178
Facsimile: (612) 347-7077

ATTORNEYS FOR PLAINTIFF

Dated: 5/14, 2001

Peter J. Gleekel (#149834)
**WINTHROP & WEINSTINE**
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 290-8400

ATTORNEYS FOR DEFENDANTS

FILED MAY 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**ORDER**

IT IS HEREBY ORDERED:

Based upon the foregoing Stipulation, the above-entitled action shall be dismissed with prejudice, with each party to bear its own costs.

BY THE COURT:

Dated: 1/11, 2000

The Honorable Richard H. Kyle
JUDGE, U.S. DISTRICT COURT

::ODMA\PCDOCS\FBDOCS1\2502095\1